*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 17, 2015                519662
_____

In the Matter of JASON CATO,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

NEW YORK STATE DIVISION OF
    PAROLE,
                    Respondent.
_____


Calendar Date:  August 10, 2015

Before:  Peters, P.J., Garry, Egan Jr. and Lynch, JJ.

                    _____


        Jason Cato, Malone, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Frank Brady
of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (McNamara, J.),
entered September 25, 2014 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Board of Parole
revoking his parole.

        In October 2001, petitioner was convicted of multiple
counts of criminal sale of a controlled substance in the third
degree and criminal possession of a controlled substance in the
seventh degree and was sentenced to an aggregate prison term of
8½ to 17 years.  He was released to parole supervision in August
2012, but was subsequently charged with violating the conditions
of his parole.  In May 2013, following a final parole revocation
hearing, petitioner's parole was revoked and a 15-month
delinquent time assessment was imposed.  He then filed an
administrative appeal.  When it was not decided within four

months, petitioner commenced this CPLR article 78 proceeding seeking to compel the Board of Parole to decide his administrative appeal.  Following joinder of issue, Supreme Court dismissed the petition and this appeal ensued.

During the pendency of this proceeding, a decision on the merits of petitioner's administrative appeal was issued which renders the current appeal moot (see Matter of Ruby Weston Manor v Commissioner of Health of the State of N.Y., 107 AD3d 1116, 1118 [2013]).  Accordingly, the appeal must be dismissed.

Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court